1  TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
   tpeterson@bhfs.com
2  LAURA E. BIELINSKI (Nevada Bar No. 10516)
   lbielinski@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 City Parkway, Suite 1600
4  Las Vegas, Nevada 89106-4614
   Telephone:    (702) 382-2101
5  Facsimile:    (702) 382-8135

6  Attorneys for Plaintiff
   LAS VEGAS CONVENTION
7  AND VISITORS AUTHORITY

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  LAS VEGAS CONVENTION AND              Case No.  2:11-cv-01005-GMN-GWF
    VISITORS AUTHORITY, a Local
12  Governmental Entity,                  **ORDER GRANTING MOTION
                                          TO STAY PROCEEDINGS**
13              Plaintiff,

14  v.

15  STOP AND SELL, LLC, an Arizona limited
    liability company, doing business as VEGAS
16  PAWN,

17              Defendant.

18

19      UPON CONSIDERATION of the Motion filed by Plaintiff Las Vegas Convention and

20  Visitors Authority ("LVCVA"), requesting that the Court stay all proceedings in this case

21  pending Defendant Stop and Sell, LLC's ("Stop and Sell") compliance with the parties'

22  settlement agreement ("Agreement"), and good cause appearing;

23      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that proceedings in the

24  above-referenced matter shall be stayed until such time as Stop and Sell either (a) satisfies its

25  obligations under the Agreement or (b) breaches the Agreement, whichever occurs sooner, but in

26  . . .

27  . . .

28  . . .

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY , SUITE 1600
LAS VEGAS , NV
(702) 382-2101

22395\23\1559063.1                           1

1   no event beyond October 11, 2011, the last day by which Stop and Sell may satisfy its

2   obligations under the Agreement.

3      **DATED** this 12th day of July, 2011.

4

5           _____

6           Gloria M. Navarro
        United States District Judge

7

8   Respectfully submitted by:

9   BROWNSTEIN HYATT FARBER SCHRECK, LLP

10

11   By: /s Tamara Beatty Peterson_____
  Tamara Beatty Peterson, Esq., Bar No. 5218

12     Laura Bielinski, Esq., Bar No. 10516
  100 North City Parkway, Suite 1600

13     Las Vegas, Nevada  89106

14   Attorneys for Plaintiff
 LAS VEGAS CONVENTION

15   AND VISITORS AUTHORITY

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY , SUITE 1600
LAS VEGAS , NV
(702) 382-2101